FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 3 0 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TODD C. BANK, Individually and on
Behalf of All Others Similarly Situated,

*Plaintiff,*

-against-

J. D. W. & ASSOCIATES, LLC,
doing business as National Repair Solutions,
and THE PENN WARRANTY CORPORATION,

*Defendants.*

---

1:15-cv-01835-SLT-RML

**NOTICE OF DISMISSAL
UNDER RULE 41(a)(1)(a)(i)
OF THE FEDERAL RULES
OF CIVIL PROCEDURE**

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, dismisses the above-referenced action with prejudice and without costs

to any party.

Dated:  April 24, 2015

_____s/ *Todd C. Bank*_____
TODD C. BANK
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125

*Plaintiff Pro Se*

In light of the above, The
Clerk of Court is respectfully
requested to close This case.
So Ordered.

Dated: 4/27/15    /s/ Sandra L. Townes
_____

U.S.D.J.